Donald Cornelius Cook, Jr., Appellant Pro Se.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Cornelius Cook, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cook v. Doak,* No. CA–02–780 (E.D. Va. filed Oct. 8, 2002; entered Oct. 9, 2002). We deny Cook's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Waymare Billups, Appellant Pro Se.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Waymare Billups appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Billups v. Edwards,* No. CA–02–663–5–BO (E.D.N.C. Sept. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Waymare BILLUPS, Plaintiff–Appellant,**

v.

**Walter G. EDWARDS, Jr., Defendant–Appellee.**

No. 02–7545.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 23, 2002.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen James MILLS, Defendant–Appellant.**

No. 02–7546.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 23, 2002.